

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00429-CV

| | | |
|---|---|---|
| VICTOR C. ULMER AND NEAL S. ULMER, Appellants | § | On Appeal from the 43rd District Court |
| | § | of Parker County (CV13-1000) |
| V. | § | August 14, 2025 |
| LYNN ULMER, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF CRADDOCK MARION ULMER, DECEASED, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Victor C. Ulmer and Neal S. Ulmer shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
      Justice Brian Walker